JAMES ANDREWS, ADMINISTRATOR, &c., Respondent, v. B. M. LYNCH, Appellant.

1. Judgment affirmed on motion for failure of appellant to file transcript.

*Appeal from St. Louis Circuit Court.*

BATES, Judge, delivered the opinion of the court.

In this case an appeal was allowed on the 29th day of January, 1861, but the appellant has not yet caused to be filed in the office of the clerk of this court any transcript of the record and proceedings in the cause, and the appellee now produces such transcript in court and moves for an affirmance of the judgment.

The other judges concurring, the judgment of the court below is affirmed.